# Court of Appeals
# of the State of Georgia

ATLANTA,___May 25, 2012_____

*The Court of Appeals hereby passes the following order:*

**A12A1572.  JONES v. THE STATE**

This appeal was docketed on April 5, 2011. We subsequently granted Appellant an extension of time to file his brief and enumeration of errors until May 9, 2012.  As of May 16, 2012, Appellant still had not submitted a brief and enumeration of errors, nor had Appellant requested an another extension. Accordingly, Case Number A12A1572 is hereby DISMISSED for Appellant's failure to file a brief and enumeration of errors in support of his appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 05/25/2012_____
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*


_____ *, Clerk.*